ALFRED JONES, Respondent, v. NEW YORK SAVINGS BANK, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the authority of *Kraus* v. *Wolf* (253 N. Y. 300). Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Glennon, JJ., dissent and vote to affirm.

MYRTLE FENSTERHEIM and ABRAHAM FENSTERHEIM, Respondents, v. GILT EQUITIES, INC., Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under a Certain Deed of Trust for the Benefit of HARRIET F. TRACY THOMPSON, Respondent, v. ZILLAH T. WENZELL and Another, Appellants, and AMBROSE DAY, Respondent, ZILLAH T. WENZELL and Others, Defendants.— Judgment and order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [173 Misc. 998.]

FREDERICK BASSIN, Appellant, v. PETROGRADSKY MEJDUNARODNY KOMMERTCHESKI BANK, Otherwise Known as BANQUE INTERNATIONALE DE COMMERCE DE PETROGRAD, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSALIE MAGYAR, as Administratrix, etc., of THOMAS MAGYAR, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PACIFIC FINANCE CORP., Appellant, v. BROWN BUICK COMPANY, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WALGREEN COMPANY, Appellant, v. STAR SAFETY FILM, INC., and SCREEN ATTRACTIONS CORP., Respondents.— Judgment and order reversed, with costs, and motion denied, on the ground that there are issues of fact which cannot be determined upon the motion for summary judgment. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CROMPTON BUILDING CORPORATION, Respondent, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1932 and 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CROMPTON BUILDING CORPORATION, Respondent, v. WILLIAM S. MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1934.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.